UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

               Plaintiff,

-against-

MIGUEL BATISTA,

               Defendants.

03-CR-01334 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    Before the Court is Defendant's motion for a sentence reduction, (dkt. no. 273). The Court is informed that Defendant was released on November 17, 2014. Accordingly, the motion is denied as moot. The Clerk of the Court is directed to close dkt. no. 273.

**SO ORDERED.**

Dated:    New York, New York
           April 14, 2025

                                   _____
                                   LORETTA A. PRESKA
                                   Senior United States District Judge